```
 1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
 2  JOHN J. STOIA, JR. (141757)
    jstoia@csgrr.com
 3  TIMOTHY G. BLOOD (149343)
    tblood@csgrr.com
 4  LESLIE E. HURST (178432)
    leslieh@csgrr.com
 5  THOMAS J. O'REARDON II (247952)
    toreardon@csgrr.com
 6  655 West Broadway, Suite 1900
    San Diego, CA  92101
 7  Telephone:  619/231-1058
    619/231-7423 (fax)
 8
    MAGER & GOLDSTEIN LLP
 9  JAYNE A. GOLDSTEIN
    jgoldstein@magergoldstein.com
10  1640 Town Center Circle, Suite 216
    Weston, FL  33326
11  Telephone:  954/515-0123
    954/515-0124 (fax)
12
    Attorneys for Plaintiffs
13
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV-08-00415-SJO(AGRx)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Judge:  Honorable S. James Otero<br>Date:   September 22, 2008<br>Time:   10:00 a.m.<br>Ctrm:   880 |

**EXHIBITS 8-18 REDACTED PURSUANT TO PROTECTIVE ORDER DATED JULY 14, 2008 AND LOCAL RULE 79-5.1**

I, TIMOTHY G. BLOOD, declare as follows:

1. I am a member of the law firm Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia"). I have personal knowledge of the matters set forth in this declaration and, if called to testify to them, would be competent to do so.

2. Coughlin Stoia is the largest firm in the United States focusing on plaintiff class actions. The firm has approximately 195 lawyers, with offices in San Diego, San Francisco, Los Angeles, New York, Atlanta, Boca Raton, Washington D.C., Houston, and Philadelphia. The firm's practice includes securities, consumer (including insurance) and antitrust class actions. The firm has repeatedly been appointed lead counsel, and its lawyers have handled many of the largest class actions in the country. The firm is well-capitalized with more than sufficient resources to prosecute this case through trial and any appeals. A copy of the Coughlin Stoia firm résumé is attached as Exhibit 1 to this declaration.

3. For the past 14 years, my practice has focused on consumer protection and false advertising class actions. I have acted as lead counsel in numerous cases and have been appointed class counsel in state and federal courts. I have also tried, either as assisting counsel or lead counsel, a number of class actions. I am also responsible for a number of appellate decisions presenting consumer protection law issues relevant to this action, such as *McKell v. Washington Mut.*, 142 Cal. App. 4th 1457, 49 Cal. Rptr. 3d 227 (2006), *Lebrilla v. Farmers Group, Inc.*, 119 Cal. App. 4th 1070, 16 Cal. Rptr. 3d 25 (2004); and *Lavie v. Procter & Gamble, Inc.*, 105 Cal. App. 4th 496, 129 Cal. Rptr. 2d 486 (2003). I am a frequent lecturer at seminars about class actions, consumer protection and related issues. In 2007, I was a finalist for California Consumer Attorney of the Year, awarded by the Consumer Attorneys of California. My biography is included in the firm's résumé.

4. Mager & Goldstein LLP has offices in Pennsylvania, Florida and Arizona and specializes in securities, antitrust, consumer protection and ERISA class action litigation. As stated in Mager & Goldstein's résumé, the firm's attorneys have been

involved in a wide variety of national class action litigations, including numerous consumer protection cases. A copy of the Mager & Goldstein firm résumé is attached as Exhibit 2 to this declaration.

5. Gilman and Pastor, LLP is a national law firm that has prosecuted numerous complex litigation matters in state and federal courts around the country. As stated in Gilman and Pastor's résumé, the firm has substantial experience in complex litigation, including consumer fraud class actions. A copy of the Gilman and Pastor firm résumé is attached as Exhibit 3 to this declaration.

6. Proposed class counsel has done extensive work identifying and investigating potential claims. Beginning in May 2007 – more than eight months before this action was commenced – we began investigating the potential claims related to Dannon's false and deceptive marketing and advertising. We conducted an extensive investigation, which included gathering commercials, other marketing materials and substantial scientific literature. We conducted interviews with experts in the field and researched Dannon's marketing practices. We worked with third party organizations investigating the claims at issue. As indicated by the Complaint, which Dannon answered rather than moved to dismiss, by the time the action was filed a significant amount of work had been performed. Once the action was filed, we propounded comprehensive discovery requests to Dannon and third parties, while continuing our informal discovery efforts to obtain information from other sources. Moreover, we consulted with, and continue to consult with, medical and marketing experts, both testifying and consulting, to analyze Dannon's marketing and advertising, understand the particular product field, and evaluate the scientific aspects of the case. Two of these consultants are submitting expert declarations in support of plaintiff's motion for class certification. On July 14 and 15, 2008, the parties also conducted a two-day mediation. Preparation for this mediation was particularly extensive since the first day was devoted to analysis and debate of the scientific aspects of the case. We brought a medical science consultant with us to this

1  mediation. To date, proposed Class counsel have devoted significant resources and
2  time to the prosecution of this matter and remain committed to continuing these
3  efforts.

4      7.    On July 12, 2008, I visited a Vons Supermarket in San Diego, California,
5  to compare the retail prices of various yogurts and yogurt products. Activia was
6  priced at 22.5 cents per ounce. Dannon's other yogurt product, Light & Fit, was
7  priced at 15.9 cents per ounce. Among drinkable yogurts, DanActive was priced at
8  29 cents per ounce, while Dannon's other probiotic drinkable yogurt, Danimals, was
9  20.2 cents per ounce, and the Glen Oaks brand of probiotic drinkable yogurt was
10 13.1 cents per ounce.

11     8.    Attached are true and correct copies of the following exhibits:
12         Exhibit 1:   Coughlin Stoia firm résumé;
13         Exhibit 2:   Mager & Goldstein firm résumé;
14         Exhibit 3:   Gilman and Pastor firm résumé;
15         Exhibit 4:   DAN01-000001 (Activia and DanActive
16                      commercials);
17         Exhibit 5:   DAN02-0001270 (Activia and DanActive
18                      commercials);
19         Exhibit 6:   Activia and DanActive packaging and labels;
20         Exhibit 7:   Y&R 000004-6 (list of Activia and DanActive
21                      television advertisements);
22         Exhibit 8:   HEALTHFOCUS007479-7547 (HealthFocus study
23                      entitled "General Insights & Barriers To The World
24                      of "Defences" and Specifically Related To Actimel,"
25                      dated March 2001);
26         Exhibit 9:   DAN03-0003883-3890 (Activia and DanActive
27                      summary sales data);
28

Exhibit 10:  DAN03-0002937-2980 (Adult Tracking Activia Presentation, Results Covering January – December 2007);

Exhibit 11:  DAN03-0003052-3216 (Activia A & U Topline Findings, July 2007);

Exhibit 12:  HEALTHFOCUS007549-7623 (DanActive YTD 2004 Summary and Outlook);

Exhibit 13:  DAN03-0002829-2896 (Adult Tracking Health Presentation, Results Covering January – June 2007);

Exhibit 14:  DAN03-0003330-3414 (Adult Tracking Functional Health Presentation, Q1'08 Review, January – March 2008);

Exhibit 15:  DAN03-0002981-3051 (Adult Tracking Functional Health Presentation, Q1'08 Review, January – March 2008);

Exhibit 16:  DAN03-0002897-2936 (Adult Tracking: Activia Brand Health Year End 2006, Results Covering: January – December 2006);

Exhibit 17:  DAN01-0000002 (Activia and DanActive projected sales through year end 2008);

Exhibit 18:  DAN03-0003236-3283 (DanActive Defenses Study Final Report, dated September 12, 2007)

Exhibit 19:  GDNNY.PK-Q3 2006 Groupe Danone Sales Conference Call (Oct. 17, 2006);

Exhibit 20:  GDNNY.PK-Q4 2006 Groupe Danone Earnings Conference Call (Feb. 15, 2007);

- 4 -

1         Exhibit 21:   GDNNY.PK-Q1 2007 Groupe Danone Sales Conference Call (Apr. 24, 2007);

        Exhibit 22:   Dannon's Responses to Request for Admissions; and

        Exhibit 23:   *Probiotic Microbes: The Scientific Basis*, Report from the American Academy of Microbiology (2008).

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 28th day of July, 2008, at San Diego, California.

                                              s/ Timothy G. Blood
                                              TIMOTHY G. BLOOD

S:\CasesSD\Dannon\DEC 00052836 Blood Redacted.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2008.

    s/ Timothy G. Blood
    TIMOTHY G. BLOOD

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  timb@csgrr.com

# Mailing Information for a Case 2:08-cv-00415-SJO-AGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@magergoldstein.com

- **Timothy G Blood**
  timb@csgrr.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,kendr

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@magergoldstein.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- 7 -

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jayne A Goldstein
Mager   and Goldstein LLP
1640 Town Center Circle Ste 216
Weston, FL 33326
```

- 8 -