1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   jstoia@csgrr.com
3  TIMOTHY G. BLOOD (149343)
   tblood@csgrr.com
4  LESLIE E. HURST (178432)
   leslieh@csgrr.com
5  THOMAS J. O'REARDON II (247952)
   toreardon@csgrr.com
6  655 West Broadway, Suite 1900
   San Diego, CA  92101
7  Telephone:  619/231-1058
   619/231-7423 (fax)
8
   MAGER & GOLDSTEIN LLP
9  JAYNE A. GOLDSTEIN
   jgoldstein@magergoldstein.com
10 1640 Town Center Circle, Suite 216
   Weston, FL  33326
11 Telephone:  954/515-0123
   954/515-0124 (fax)
12
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV-08-00415-SJO(AGRx)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SRINADH KOMANDURI, M.D., M.S. IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION<br><br>Judge:  Honorable S. James Otero<br>Date:   September 22, 2008<br>Time:   10:00 a.m.<br>Ctrm:   880 |

I, Srinadh Komanduri, M.D., M.S., declare:

1. I am an assistant professor at Northwestern University's Feinberg School of Medicine, Division of Gastroenterology. My clinical and academic interests include the study of gastrointestinal microflora and the use of probiotic bacteria in the treatment of disease and management of symptoms. I have been retained by the plaintiffs in the above-entitled action to evaluate health claims made by defendant The Dannon Company, Inc. ("Dannon") in advertisements and to review Dannon's substantiation of those claims. I have personal knowledge of the matters set forth below and if called upon as a witness would be competent to testify to them.

2. The following is a summary of my background. A detailed curriculum vitae is attached as Exhibit A.

3. I have a Bachelor of Science, Master of Science and Doctor of Medicine degrees. In 1993, I received a Bachelor of Science degree in Biology from the University of Miami. In 1997, I received a Doctor of Medicine from the University of Miami after completing its six-year medical program with honors.

4. From 1997 to 2003, I completed my residency in internal medicine and fellowship in gastroenterology at Rush University Medical Center.

5. In 2003, I received a Masters Degree in Clinical Research from Rush University. This program is funded by the National Institutes of Health and concentrates on clinical trial design, medical statistics, and critical evaluation of medical literature.

6. From 2003 to 2008, I was assistant professor of medicine (gastroenterology) and director of endoscopic ultrasound at Rush University Medical Center where I performed research relating to microbiota in the gastrointestinal tract and treated patients, which included prescribing probiotic bacteria.

7. I am currently an assistant professor of medicine (gastroenterology) at Northwestern University's Feinberg School of Medicine, Northwestern Memorial Hospital.

- 1 -

8. While a faculty gastroenterologist, I have investigated the role of microflora in the gastrointestinal tract in connection with Inflammatory Bowel Disease and Pouchitis. I most recently published data on microflora and pouchitis in 2007 in *Clinical Gastroenterology and Hepatology*. I have spent the majority of my academic time over the past five years investigating the role of microflora in gastrointestinal disease. This work is relevant to the analysis of the advertising claims at issue in this case relating to purported health benefits from consuming bacteria.

9. In connection with plaintiffs' motion for class certification, I have been asked to opine about the ability to evaluate whether claims made by Dannon about its products, Activia, Activia Lite and DanActive, are clinically or scientifically proven to provide the health benefits to humans claimed by Dannon in its advertisements. In reaching these opinions, I rely on various materials: medical research, background and reference material, and my personal experience, training, education and general knowledge of relevant fields. I have also reviewed over 200 studies which I am informed defendant contends substantiate the health claims made in advertisements for the subject products.

10. I understand that Dannon claims in advertisements that Activia, Activia Lite and DanActive are "clinically proven" or "scientifically" proven to provide health benefits to populations of generally healthy people because these products contain one of two types of bacteria, which Dannon claims are probiotic. For Activia and Activia Lite, Dannon adds the bacteria *Bifidobacterium animalis* strain DN-173-010. For DanActive, Dannon adds the bacteria *lactobaccillus casei* strain DN-114001.

11. Scientists have not yet agreed on a definition of "probiotics." The World Health Organization's definition of probiotics is live microorganisms, including bacteria, which when administered in adequate amounts confer a health benefit to the host. The National Center for Complementary and Alternative Medicine ("NCCAM") adds that probiotics have an ultimate goal of prevention and treatment of disease. The NCCAM is the federal government's lead agency for scientific research on

complementary and alternative medicine, and one of the centers that makes up the National Institutes of Health.

12. While there is a consensus within the medical and scientific communities that utilizing bacteria as a therapeutic measure in human disease is promising, current knowledge of the use of bacteria for these purposes remains fairly primitive. Medical understanding of probiotics in humans is still in its infancy.

13. Probiotics are available by prescription. Currently, validated treatments of diseases using prescription probiotics include the treatment of infectious diarrhea and pouchitis. Probiotics are currently used on an experimental basis for the treatment of inflammatory bowel disease.

14. Medical science has long evaluated whether substances are effective in treating disease and improving health. Through application of the scientific method, clinical researchers have developed standards and protocols by which to determine clinical efficacy as well as safety. Basic science studies, followed by properly designed randomized, double-blinded and placebo controlled clinical trials, are performed to prove the safety and efficacy of substances intended to improve health in humans and treat disease.

15. The Federal Food and Drug Administration, as well as similar governmental agencies in other countries, mandate methods and protocols based on these principles in evaluating a wide range of substances, including prescription and over-the-counter medicines and treatments.

16. These same principles can be and are used to substantiate health claims of probiotics in food, such as Dannon's claims about the subject products. For example, a joint working group of the Food and Agriculture Organization of the United Nations and the World Health Organization have developed guidelines for the evaluation of probiotics in food products. These guidelines were established in 2001 as a result of a recognized "need for guidelines to set out a systematic approach for the evaluation of probiotics in food leading to the substantiation of health claims." The

- 3 -

1 | joint report recommends that "in order to claim that a food has a probiotic effect, the
2 | guidelines set forth in this report should be followed." These guidelines follow well
3 | recognized and established protocols for substantiation of health claims and efficacy
4 | of substances for the treatment of disease and improvement of health in humans. A
5 | true and correct copy of the guidelines are attached as Exhibit B.

6 |   17.   These well-established principles are designed to evaluate the safety and
7 | efficacy of substances in human beings and can and should be used to scientifically
8 | evaluate the health claims at issue in this lawsuit.

9 |   I declare under penalty of perjury under the laws of the United States and
10 | California that the foregoing is true and correct. Executed this 28 day of July, 2008,
11 | at Chicago, Illinois.

SRINADH KOMANDURI, M.D., M.S.
7/28/08

- 4 -

28 | S:\CasesSD\Dannon\DEC 00052816.doc

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2008.

                                                                        s/ Timothy G. Blood
                                                                           TIMOTHY G. BLOOD

                                                          COUGHLIN STOIA GELLER
                                                             RUDMAN & ROBBINS LLP
                                                        655 West Broadway, Suite 1900
                                                         San Diego, CA  92101-3301
                                                         Telephone:  619/231-1058
                                                         619/231-7423 (fax)

                                                         E-mail:  toreardon@csgrr.com

# Mailing Information for a Case 2:08-cv-00415-SJO-AGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@magergoldstein.com

- **Timothy G Blood**
  timb@csgrr.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,kendr

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@magergoldstein.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- 6 -

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jayne A Goldstein
Mager   and Goldstein LLP
1640 Town Center Circle Ste 216
Weston, FL 33326
```