1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   jstoia@csgrr.com
3  TIMOTHY G. BLOOD (149343)
   tblood@csgrr.com
4  LESLIE E. HURST (178432)
   leslieh@csgrr.com
5  THOMAS J. O'REARDON II (247952)
   toreardon@csgrr.com
6  655 West Broadway, Suite 1900
   San Diego, CA 92101
7  Telephone: 619/231-1058
   619/231-7423 (fax)
8
   MAGER & GOLDSTEIN LLP
9  JAYNE A. GOLDSTEIN
   jgoldstein@magergoldstein.com
10 1640 Town Center Circle, Suite 216
   Weston, FL 33326
11 Telephone: 954/515-0123
   954/515-0124 (fax)
12
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV-08-00415-SJO(AGRx)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF PATRICIA WIENER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Judge:  Honorable S. James Otero<br>Date:   September 22, 2008<br>Time:   10:00 a.m.<br>Ctrm:   880 |

I, PATRICIA WIENER, declare:

1. I am one of the plaintiffs in the above-entitled class action. I make this declaration in support of plaintiffs' motion for class certification, which includes a request that I be appointed a class representative. I have personal knowledge of the matters set forth in this declaration and if called upon, could competently testify to them.

2. Over approximately the past year and a half, I have seen television advertisements for Activia yogurt on many occasions. I also have seen in-store advertisements that were set up in the yogurt section of the store and have read the labels on the Activia packages. The advertisements stated that Activia with "*Bifidus* Regularis" was clinically proven to naturally regulate my digestive system in two weeks, including reducing irregularity and bloating. They also indicated that only Activia with *Bifidus* Regularis could do this.

3. As a result of these advertisements and the claims made in them, I bought four packages of Activia. Each package contained four cartons of Activia. Activia is more expensive than regular yogurt. I bought Activia and paid more for Activia than regular yogurt because I believed the advertisements.

4. I now believe that the claims about Activia yogurt are not true. Had I known that Activia yogurt was not proven to have these benefits and does not have benefits beyond those of other yogurts, I would not have purchased Activia. I also would not have paid more for Activia than regular yogurt.

5. I understand that I am seeking to be appointed a class representative. Before bringing this lawsuit, I understood and agreed with the following:

    (a) A class representative represents the interests of all members of the class.

    (b) A class representative always considers the interests of the class just as she would consider her own interests.

    (c) A class representative participates in the lawsuit, such as by testifying at deposition and trial, answering written questions and

     providing documents, and by keeping generally aware of the status and progress of the lawsuit.

(d)   A class representative recognizes and accepts that any resolution of a class action lawsuit, such as by settlement or dismissal, is subject to court approval, and must be in the best interests of the class as a whole.

(e)   A class representative is not required to be particularly sophisticated or knowledgeable with respect to the legal framework of the lawsuit. However, she should be interested, on a continuous basis, in the progress of the lawsuit, and must provide her lawyers with all relevant facts of which she is aware.

(f)   I have volunteered to represent the class in this lawsuit because I believe that Dannon's alleged conduct is wrong.

6.   I am willing and able to continue to serve as a class representative.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed this 22 day of July, 2008, at Northridge, California.

_____
PATRICIA WIENER

S:\CasesSD\Dannon\DEC 00052698.doc

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2008.

        s/ Timothy G. Blood
        TIMOTHY G. BLOOD

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  timb@csgrr.com

- 4 -

# Mailing Information for a Case 2:08-cv-00415-SJO-AGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@magergoldstein.com

- **Timothy G Blood**
  timb@csgrr.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,kendr

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@magergoldstein.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- 4 -

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Jayne A Goldstein
Mager   and Goldstein LLP
1640 Town Center Circle Ste 216
Weston, FL 33326
```