COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
jstoia@csgrr.com
TIMOTHY G. BLOOD (149343)
tblood@csgrr.com
LESLIE E. HURST (178432)
leslieh@csgrr.com
THOMAS J. O'REARDON II (247952)
toreardon@csgrr.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

MAGER & GOLDSTEIN LLP
JAYNE A. GOLDSTEIN
jgoldstein@magergoldstein.com
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  954/515-0123
954/515-0124 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE DANNON COMPANY, INC.,<br><br>　　　　　　　　Defendant. | No. CV-08-00415-SJO(AGRx)<br><br>CLASS ACTION<br><br>NOTICE OF MOTION AND JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES<br><br>Judge:　Hon. Alicia G. Rosenberg<br>Date:　September 16, 2008<br>Time:　10:00 a.m.<br>Ctrm:　D – 8th Floor<br>Discovery Cut-Off:　Dec. 17, 2008<br>Pre-Trial Conference:　March 9, 2009<br>Trial:　March 17, 2009 |

TO:   THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Notice is hereby given that on September 16, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 312 N. Spring Street, Los Angeles, California 90012, plaintiff Patricia Wiener, by her attorneys, and defendant The Dannon Company, Inc. ("Dannon"), by its attorneys, will and hereby submit the following Joint Stipulation Regarding Plaintiff's Motion to Compel Further Responses to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories.  This motion is made following the conference of counsel pursuant to Local Rule 7-3, the first of which occurred on June 4, 2008.  The joint stipulation represents each side's position with respect to Plaintiff's Motion to Compel Further Responses to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories.

DATED:  August 25, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

  s/ Thomas J. O'Reardon II
       THOMAS J. O'REARDON II

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JONATHAN M. STEIN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

MAGER & GOLDSTEIN LLP
JAYNE A. GOLDSTEIN
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  954/515-0123
954/515-0124 (fax)

| | |
|---|---|
| 1 | |
| 2 | GILMAN AND PASTOR, LLP<br>DAVID PASTOR |
| 3 | 225 Franklin Street, 16th Floor<br>Boston, MA 02110 |
| 4 | Telephone: 617-742-9700<br>617/742-9701 (fax) |
| 5 | CUNEO GILBERT & LaDUCA, L.L.P.<br>JONATHAN W. CUNEO |
| 6 | PAMELA GILBERT<br>507 C Street, N.E. |
| 7 | Washington, DC  20002<br>Telephone:  202/789-3960 |
| 8 | 202/789-1813 (fax) |
| 9 | Attorneys for Plaintiffs |

S:\CasesSD\Dannon_CA\NOT 00053621.doc

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2008.

 s/ Thomas J. O'Reardon II
THOMAS J. O'REARDON II

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  toreardon@csgrr.com

## Mailing Information for a Case 2:08-cv-00415-SJO-AGR

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@magergoldstein.com

- **Timothy G Blood**
  timb@csgrr.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,kendra.thompson@aporter.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@magergoldstein.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com,leyla.cambel@aporter.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`