Bingham McCutchen LLP
BRUCE A. FRIEDMAN (SBN 65852)
bruce.friedman@bingham.com
GINA M. SIMAS (SBN 205367)
gina.simas@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000

Arnold & Porter LLP
ANGEL A. GARGANTA (SBN 163957)
angel.garganta@aporter.com
TRENTON H. NORRIS (SBN 164781)
trent.norris@aporter.com
90 New Montgomery, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099

Arnold & Porter LLP
MARK P. PIFKO (SBN 228412)
mark.pifko@aporter.com
CHRISTOPHER S. TARBELL (SBN 240253)
christopher.tarbell@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant
The Dannon Company, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV08-00415 SJO (AGRx); related with CV08-03943 SJO (AGRx)<br><br>CLASS ACTION<br><br>**DECLARATION OF BRIAN WALSH IN SUPPORT OF DEFENDANT THE DANNON COMPANY, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**PUBLIC REDACTED VERSION**

I, Brian Walsh, declare and state as follows:

1. I am the Director of Market Research for The Dannon Company, Inc. ("Dannon"). I have over 15 years of experience working in consumer and market research roles for companies. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I could and would testify competently to them.

2. I have an MBA in Marketing, which I earned from the University of Connecticut in 2004. I also have a Bachelor of the Arts degree from Providence College, which I earned in 1989.

3. As part of its overall marketing strategy for Activia and DanActive (the "Products"), Dannon conducted and continues to conduct surveys of consumers to research attitudes towards the products, usage of them, and motivations for product purchasing. I am responsible for overseeing and managing the consumer research that Dannon's marketing team uses.

4. Among other things, consumer research is conducted to track brand awareness, assess Dannon's advertisements, and track other trends in the market. Dannon's consumer surveys are primarily designed to evaluate how the company's benefit claims and advertising are received and understood by consumers, and how the benefit claims and advertising impact consumers' motivations to purchase products. Accordingly, there are different types of studies. Some studies are designed to evaluate whether consumers associate certain attributes with the Products. Other studies are designed to evaluate consumer purchasing motivations, assessing what Product attributes are relevant to a consumer's decision to actually purchase the Products.

5. Dannon's consumer research shows that people learn about the Products through different means, purchase them for different reasons, and have different understandings and knowledge of the products at the time of purchase. Dannon knows this to be true from its consumer research, including various

prompted and unprompted studies and focus groups which investigate consumer attitudes about Dannon's products.

6. There are many different reasons and motivations why people try the Products. [REDACTED]

7. When people receive an advertising message for a food, the decision to purchase is typically driven but a number of distinct factors, including taste, value, perceived need, convenience and expected benefits. A single message may mean different things to different people and it is often the case that consumers for Activia and DanActive cite a variety of distinct reasons for purchase. [REDACTED]

8. [REDACTED]



3

[REDACTED]

9. Generally, television advertisement is primarily a method for increasing product awareness. When consumers view a 30 second television message, they do not take away a significant amount of substance. In a normal viewing exposure, the ability of people to recall components is very small.

10. [REDACTED]

11. [REDACTED]

12. █████████████████████████████

13. █████████████████████████████

14. █████████████████████████████

15. █████████████████████████████



16.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in White Plains , New York on August 25, 2008.

Brian Walsh

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certified that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 25, 2008.

/s/  Angel A. Garganta
Arnold & Porter LLP
ANGEL A. GARGANTA (SBN 163957)
angel_garganta@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

## Mailing Information for a Case 2:08-cv-00415-SJO-AGR

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@magergoldstein.com

- **Timothy G Blood**
  timb@csgrr.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,kendra.thompson@aporter.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@magergoldstein.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com,leyla.cambel@aporter.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

-3-