Bingham McCutchen LLP
BRUCE A. FRIEDMAN (SBN 65852)
bruce.friedman@bingham.com
GINA M. SIMAS (SBN 205367)
gina.simas@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310-907-1000
Facsimile: 310-907-2000

Arnold & Porter LLP
ANGEL A. GARGANTA (SBN 163957)
angel.garganta@aporter.com
TRENTON H. NORRIS (SBN 164781)
trent.norris@aporter.com
90 New Montgomery, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile: (415) 356-3099

Arnold & Porter LLP
MARK P. PIFKO (SBN 228412)
mark.pifko@aporter.com
CHRISTOPHER S. TARBELL (SBN 240253)
christopher.tarbell@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant
The Dannon Company, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV08-00415 SJO (AGRx); related with CV08-03943 SJO (AGRx)<br><br>CLASS ACTION<br><br>**DECLARATION OF MARC JOVE IN SUPPORT OF DEFENDANT THE DANNON COMPANY, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**PUBLIC REDACTED VERSION**

I, Marc Jove, declare and state as follows:

1. I am the Vice President of Marketing for The Dannon Company, Inc. ("Dannon"). I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I could and would testify competently to them.

2. Activia is a lowfat probiotic yogurt product with active cultures, including those fermented from *Bifidobacterium animalis* DN-173 010, a patented probiotic strain identified on Activia's product label with the more consumer-friendly trademarked name, *Bifidus Regularis*.

3. The benefit claims advertised for Activia include "Activia with Bifidus Regularis is scientifically proven to help regulate the digestive system by helping with slow intestinal transit when eaten daily for two weeks, as part of a balanced diet and healthy lifestyle."

4. 

5. DanActive is a fermented drinkable dairy product with the lactic ferment strain, *Lactobacillus casei* DN-114 001, or *L. casei Immunitas*, another consumer-friendly trade name.

6. The benefit claims advertised for DanActive include "DanActive is clinically proven to help strengthen your body's defenses."

7. Dannon does not sell Activia and DanActive (the "Products") directly to consumers.

8. Instead of selling directly to consumers, Dannon either sells the Products directly to retailers or, in some cases, the Products are sold to wholesalers

who then sell the Products to retailers. Consumers then purchase the Products from a variety of retailers, including food markets and supermarkets, discount stores, and "big box" stores.

9. The consumer pricing decisions for the Products are made exclusively by the retailers. The retailers are, at their sole discretion, able to decide whether Activia and DanActive are sold at a reduced price. Sometimes Dannon provides the retailers with promotional support in connection with price reductions, but the retailers have the sole discretion to determine the ultimate consumer sale price.

10. To promote the Products, Dannon often issues manufacturer's coupons for Activia and DanActive. These coupons allow consumers to obtain Activia and DanActive at a "sale," or reduced price, and, in some cases, even free. When offered, these manufacturer discounts or promotions are available to consumers, independent of any price reductions that may be provided by the retailers. These discounts can range anywhere from $0.50 to $1.00 off of the purchase price, or in the case of a trial sample, the Products are free. A significant amount of the Products are sold through these price reduction promotions.

11. [REDACTED]

12. Except for consumers who redeemed under the terms of the Activia Challenge, or chose to contact Dannon for another reason, Dannon does not have any record of the identity of the purchasers of the Products.

13. Starting in 2006, Dannon launched the "Activia Challenge." Since that time, the Activia Challenge has been run 5 times for continuous periods lasting up to 5 months each. Under the Activia Challenge, consumers are asked by Dannon to "[e]at Activia every day for two weeks. If it doesn't help naturally regulate your digestive system, we'll refund your purchase price up to $12.00."

1  Each time the Activia Challenge has been run, some Activia purchasers have taken
2  advantage of it and received refunds.
3     14.   A variety of different marketing channels are used to communicate
4  Dannon's marketing messages for the Products. These channels include television,
5  print media, websites, in-store displays and product promotions.
6     15.   Activia and DanActive are completely different products. The
7  benefit claims for the two products are different. The color and shape of the
8  packages are different. The product formulations are different. The development
9  and creation of the advertising on the products is distinct and separate. The
10 advertising processes (briefs, copy production, etc.) are completely separate for
11 each product. The price of the products is different.
12    I declare under penalty of perjury under the laws of the State of California
13 that the foregoing is true and correct. Executed in _White Plains_, New York
14 on August 22, 2008.

15
16  _____
    Marc Jove

# EXHIBIT A

Case 2:08-cv-00415-SJO-AGR    Document 93    Filed 08/25/2008    Page 5 of 8

Case 2:08-cv-00415-SJO-AGR    Document 93    Filed 08/25/2008    Page 6 of 8

# EXHIBIT A

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER ENTERED JULY 14, 2008 and LOCAL RULE 79-5.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certified that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 25, 2008.

/s/  Angel A. Garganta
Arnold & Porter LLP
ANGEL A. GARGANTA (SBN 163957)
angel_garganta@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

## Mailing Information for a Case 2:08-cv-00415-SJO-AGR

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@magergoldstein.com

- **Timothy G Blood**
  timb@csgrr.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,kendra.thompson@aporter.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@magergoldstein.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com,leyla.cambel@aporter.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)