Bingham McCutchen LLP
BRUCE A. FRIEDMAN (SBN 65852)
bruce.friedman@bingham.com
GINA M. SIMAS (SBN 205367)
gina.simas@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:  310-907-1000
Facsimile:  310-907-2000

Arnold & Porter LLP
ANGEL A. GARGANTA (SBN 163957)
angel.garganta@aporter.com
TRENTON H. NORRIS (SBN 164781)
trent.norris@aporter.com
90 New Montgomery, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile:  (415) 356-3099

Arnold & Porter LLP
MARK P. PIFKO (SBN 228412)
mark.pifko@aporter.com
CHRISTOPHER S. TARBELL (SBN 240253)
christopher.tarbell@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendant
The Dannon Company, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>            Plaintiff,<br><br>    v.<br><br>THE DANNON COMPANY, INC.,<br><br>            Defendant. | No. CV08-00415 SJO (AGRx); related with CV08-03943 SJO (AGRx)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF GABRIEL GELB IN SUPPORT OF DEFENDANT THE DANNON COMPANY, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Honorable S. James Otero<br>Date:    September 22, 2008<br>Time:   10:00 AM<br>Ctrrm:  880 |

I, Gabriel Gelb declare and state as follows:

1.    I am the senior consultant of Gelb Consulting Group Inc, a market research and advertising research firm established in 1965.  Our firm conducts and analyzes attitude surveys to elicit objective information from stakeholder groups, including customers, which are important to a manufacturer or marketer of products and/or services. With a staff of 20 professionals, a wide range of companies, government agencies and not-for-profit organizations retain us.  A true and correct copy of my curriculum vitae, which details my background and experience as well as listing those cases in which I have testified as an expert witness in the past four years, is attached as Exhibit A.  I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, I could and would testify competently to them.

2.    I was asked to conduct a survey in California among purchasers of Activia and DanActive to determine what led them to purchase these products. To accomplish this objective, I: (i) Read Plaintiffs' Amended Class Action Complaint; (ii) Read the Declarations of Carol Scott Ph.D. and Srinadh Komanduri, M.D., M.S.; (iii) Accessed various Internet sites, including those of Activia, DanActive, Yoplait, Brown Cow, Alta Dena, Yakult, as well as WebMD, NYU, and Colorado State yogurt discussions; (iv) Purchased and tasted Activia, DanActive and competing products; (v) Re-read the section on survey evidence in the *Manual for Complex Litigation* (Federal Judicial Center); and (vi) Conducted a survey of 520 Activia and DanActive consumer purchasers in California.

3.    This survey of yogurt- and dairy drink- consuming Californians included 520 purchasers of Activia and DanActive and the competing probiotic and non-probiotic  products they bought.  The results surfaced almost two dozen reasons for initial purchase of a yogurt product.  Specifically for Activia, there were a total of 21 reasons. For DanActive, there were 23 reasons.

DECLARATION OF GABRIEL GELB

4.    By far the number one reason for initial purchase by consumers in all four product groups was that the products were on sale, were couponed, or sampled, a finding not uncommon to an impulse purchase.

5.    The next highest reason for trying Activia was seeing it on television; for DanActive, it was curiosity; however, no purchaser of Activia or DanActive mentioned 'clinically proven' or 'scientifically proven' or L. Casei Immunitas as a reason for buying either of these products. Only two mentioned Bifidus Regularis, one as a reason to buy Activia and one as a reason not to buy it because "it's not really anything extra or special."

6.    Repeat purchasing of Activia was on the same level as those of non-Dannon brands, indicating parity on customer satisfaction. This result demonstrates that consumers perceived they did receive the benefits they had expected from Activia. Repeat purchasing of DanActive was lower than for Activia, which may be due to its later (2007) introduction in the marketplace.

7.    Carol Scott, Ph.D., a professor of marketing and Plaintiff's witness, has noted in her Declaration that "Consumer perceptions and beliefs created by Dannon's marketing communication can be assessed through standard marketing research procedures and techniques, including the application of survey evidence." She also opines, "Further, survey evidence can demonstrate the overall effect of misrepresentations and whether consumers' decisions to purchase a particular product are affected by them." In my opinion, it is clear that product advertising does not play the only role in consumers' purchases. We all buy products based on more than the messages we receive from mass advertising. What consumers bring to the supermarket in terms of their previous experience (with the product or brand, comments by friends and family, store promotions, product reviews) and our own impulse reaction to the products on the shelves—these all are part of our motivations as to why we buy what we do.

DECLARATION OF GABRIEL GELB

CV08-00415 SJO (AGRX)

8.      Accordingly, the present survey I conducted among California consumers of Activia and DanActive asked consumers to describe in their own words, "What led you to your first purchase of...?." This is of course an open-ended question, which is preferable in this case, because it suggests no answers, as would a closed-ended question. As noted by Professor Shari Seidman Diamond in her reference work, "Reference Manual on Survey Evidence"-- "The advantage of open-ended questions is that they give the respondent fewer hints about the answer that is expected or preferred...Although many courts prefer open-ended questions on the grounds that they tend to be less leading, the value of any open-ended or closed-ended question depends on the information it is intended to elicit." In the present case, it is certainly more productive and more objective to allow consumers to tell why they bought Activia or DanActive in their own words and without prompting.

9.      Two other factors were built into this survey: (i) A non-existent brand—Barrett yogurt—was one of the possible answers. If a consumer selected that brand, they were eliminated from the survey; and (ii) Consumers were also asked about other yogurts they might have purchased, those that contained probiotics and those that did not. This allows us to compare the answers of the consumers of the Dannon products with their answers about other yogurt types.

10.      The survey was conducted online from August 4 to August 8, 2008 using a panel sponsored by Harris Interactive. Harris, also known as the Harris Poll, operates the largest Internet cooperative respondent database. In our previous experience with this firm, we have found their quality control to be well above average.

11.      Survey objectives: To determine why consumers of Activia and DanActive in California made their initial purchases and to compare their answers to consumers' reasons why they purchased other yogurt brands, both probiotic and non-probiotic.

DECLARATION OF GABRIEL GELB

12.    Project personnel: I developed the survey design and questionnaire and created the codes shown in the tables of data. Richard Cisneros, director of research, and Alleen Mitchener, market analyst, tabulated the open-ended comments and compiled the tables of data.

13.    A true and correct copy of the programmed questionnaire we used for the survey is attached hereto as Exhibit B.

14.    The potential respondents were advised, "Thank you for taking part in our supermarket survey"…"to help improve communications about certain types of food products." They were assured of anonymity and then screened to be over 18 years of age and to reside in California.

15.    The answers to the two key questions—"What led you to your first purchase of….?" and the follow-up "Anything else?"-- are combined in the following tabulations. Only those answers with at least a 4% score are shown here. Repeat purchasing patterns are also shown.  A true and correct copy of the complete tables of data are attached hereto as Exhibit C.

16.    The most-mentioned reasons that led to initial purchases of Activia, DanActive, other probiotic yogurts or dairy drinks, and non-probiotic yogurts were as follows:

**Activia** (406 respondents)

| | Column % | Count |
|---|---|---|
| Coupon/on sale/free sample | 28% | 114 |
| Television/made me want to try it | 28% | 112 |
| Good for digestion | 18% | 72 |
| Word-of-mouth/family or friend purchased | 11% | 45 |
| Good taste/flavor | 8% | 34 |
| Curiosity/wanted to see what it was like | 7% | 30 |
| Good for your immune system | 5% | 22 |
| Stomach problems | 5% | 19 |
| Eat Healthier/it is healthy food | 4% | 18 |
| Like yogurt/decided to try it | 4% | 17 |
| Print | 4% | 17 |

DECLARATION OF GABRIEL GELB

CV08-00415 SJO (AGRX)

| ads/newspapers/magazines/web | | |
| --- | --- | --- |
| Product claims, wanted to see if it worked | 4% | 16 |
| Bacteria/live cultures | 4% | 16 |

Activia repurchase rate: **65%** (Details in Exhibit C)

**DanActive** (138)

| | Column % | Count |
| --- | --- | --- |
| Coupon/on sale/free sample | 33% | 45 |
| Curiosity/wanted to see what it was like | 15% | 21 |
| Good taste/flavor | 13% | 18 |
| Saw it on television | 12% | 17 |
| Word-of-mouth/family or friend purchased | 7% | 10 |
| Eat Healthier/it is healthy food | 7% | 9 |
| Good for your immune system | 7% | 9 |
| Like yogurt/decided to try it | 7% | 9 |
| Good for digestion | 4% | 6 |
| Bacteria/live cultures | 4% | 5 |
| Saw it in the store | 4% | 5 |
| I like this brand | 4% | 5 |

DanActive repurchase rate: **47%**

**Other probiotic products (Yoplait Yo-Plus and Yakult)** (120)

| | Column % | Count |
| --- | --- | --- |
| Coupon/on sale/free sample | 39% | 47 |
| I like this brand | 14% | 17 |
| Curiosity/wanted to see what it was like | 14% | 17 |
| Good taste/flavor | 13% | 15 |
| Like yogurt/decided to try it | 8% | 9 |
| Word-of-mouth/family or friend purchased | 8% | 9 |
| Good for digestion | 5% | 6 |
| Saw it on television | 5% | 6 |
| Eat Healthier/it is healthy food | 4% | 5 |
| Purchased for children | 4% | 5 |

Other probiotic products repurchase rate: **64%**

DECLARATION OF GABRIEL GELB

**Non-probiotic products (Brown Cow, Alta Dena, Stonyfield Farm) (122)**

| | Column % | Count |
|---|---|---|
| Coupon/on sale/free sample | 36% | 44 |
| Good taste/flavor | 23% | 28 |
| I like this brand | 17% | 21 |
| Word-of-mouth/family or friend purchased | 10% | 12 |
| Ingredients | 8% | 10 |
| Saw it in the store | 7% | 9 |
| Curiosity/wanted to see what it was like | 7% | 9 |
| Eat Healthier/it is healthy food | 6% | 7 |
| Like yogurt/decided to try it | 5% | 6 |

Non-probiotics repurchase rate: **66%**

17.    A total of 13 potential respondents were eliminated from the survey because they said they had purchased Barrett, a non-existent brand

18.    In my opinion, the planning and implementation of this survey meets the following seven guidelines for surveys in federal courts set forth in the *Manual for Complex Litigation*, 3rd edition, published by the Federal Judicial Center.  (i) The population was properly chosen and defined.  Given the nature of the legal issues, the relevant population was defined as those residents in California who have purchased either Activia yogurt, DanActive drink, as well as one other competing yogurt or dairy drink. (ii) The sample represented that population.  The sample was comprised of consumers who are members of the Harris Interactive panel and who qualified for the survey after answering a series of screening questions. (iii) The data were accurately reported.  Answers to the survey were filled out directly by the respondents, without the intervening help of interviewers.  Care was taken to accurately code the responses for computer tabulation. (iv) The data were analyzed against statistical principles. The answers were double coded and completed questionnaires were tabulated in SPSS software. (v) The questions asked were clear and not misleading.  The survey questions were framed to be

DECLARATION OF GABRIEL GELB

CV08-00415 SJO (AGRX)

1  objective, and respondents were encouraged to explain their answers in their own
2  words.  The respondents were also given an "I don't know" option at the outset of
3  the survey.  (vi)  Proper interviewing procedures were followed.  Respondents
4  were screened to insure they were in the relevant population and that only one
5  response was received per panel member household.  (vii)  The process ensured
6  objectivity and validity.  The survey included data about other competing yogurts
7  or dairy drinks, to place the answer regarding purchase of Defendant's products in
8  context with others in their product category.

9        I declare under penalty of perjury under the laws of the State of California
10  that the foregoing is true and correct.  Executed in  _Hu usrow_ , Texas on
11  August 21, 2008.

12
13                              Gabriel Gelb

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF GABRIEL GELB

CV08-00415 SJO (AGRX)

EXHIBIT A

**VITA**

Gabriel M. Gelb

Senior Consultant
Gelb Consulting Group, Inc.
1011 Highway 6 South, Suite 120
Houston, Texas 77077
281-759-3600 Ext. 14

<u>Residence</u>
119 Sage Road
Houston, Texas 77056
713-623-2203

## Education

M.A., University of Missouri School of Journalism, 1957
B.S., City University of New York, 1951

## Offices Held

Current:      Treasurer, Harris County Drug Court Foundation
              Member, Mayor's Arts Marketing Committee

Past:         President, Research Roundtable of Houston
              Editorial Review Board, Journal of Marketing
              Chair, Market Research and Analysis, United Way of Texas Gulf Coast
              Vice President, Advertising Effectiveness Council, Business Marketing
              Association
              Vice President, Friends of the Houston Public Library
              Director, M.I.T. Enterprise Forum of Texas
              National Director, American Marketing Association
              President, Houston Chapter, A.M.A.
              President, Houston Chapter, Institute of Management Consultants
              Executive Committee and Chair, Marketing Committee, Houston Symphony
              Orchestra

## Accredited

By the State Bar of Texas for 2 CLE hours for my course, "Uses and Misuses of Surveys
in IP Litigation."

## Associate Member

The International Trademark Association

EXHIBIT $A$  PAGE $9$

## Books and Monographs

Gelb, Gabriel M., Nuts and Bolts of Business-to-Business Marketing Research. (Chicago, Business Marketing Association,1996).

Gelb, Gabriel M., Results of Advertising. (Alexandria, VA: Business Marketing Association, 1993).

Gelb, Betsy D., and Gabriel M. Gelb, Marketing is Everybody's Business, Third edition. (Santa Monica, CA: Goodyear Publishing Company, 1980).

Gelb, Gabriel M. and Betsy D. Gelb, eds., Insights for Marketing Management, Revised edition. (Santa Monica, CA: Goodyear Publishing Company, 1977).

Gelb, Gabriel M. and Betsy D. Gelb, Research at the Top: Better Data for Organizational Policy-Making. (Chicago: American Marketing Association, 1975).

## Business and Professional Articles

Gelb, Gabriel M. and Betsy D. Gelb, "When Appearances are Deceiving" [Trade Dress], Wall Street Journal, December 1-2, 2007.

Gelb, Gabriel M. and Betsy D. Gelb, "Internet Surveys for Trademark Litigation," The Trademark Reporter, September-October 2007.

Gelb, Gabriel M., "Net Research – Revolution or Evolution?" The Marketing News, November 1, 2006.

Gabriel M. Gelb and John M. McKeever, "Walking a Mile in their Moccasins: Customer Experience Mapping," Marketing Management, (July – August 2006).

Gelb, Gabriel M. and Gelb, Betsy D., "Working together – Both marketers and attorneys can help protect a company's intellectual property," Marketing Management, (January-February, 2005).

McKeever, John M. and Gelb, Gabriel M., "Going Online: The New Frontier in B2B Market Research," The Business to Business Marketer, January 2003.

Gelb, Gabriel M., "Houston's Secret Weapon: Women in Technology," Houston Business Journal, June 14-20, 2002.

Gelb, Gabriel M., "Litigation Surveys Have Special Rules," The Marketing News, September 24, 2001.

Gelb, Gabriel M., "Ask Away – The Right Way: Guidelines for Conducting IP Surveys for Litigation," Texas Lawyer, September 27, 1999.

Gelb, Gabriel M., "Research Leads to Better Measure of Customer Value," The Marketing News, June 8, 1998.

Gelb, Gabriel M., "Gambling with Value Can be Costly for Cities, Companies," <u>Houston Business Journal</u>, January 23, 1998.

Gelb, Gabriel M., "Customer-Value Analysis," <u>Business-to-Business Marketer</u>, May 1997.

Gelb, Gabriel M., "Conjoint Analysis Help Explain the Bid Process," <u>The Marketing News</u>, March 14, 1988, p-1; reprinted in Churchill, Gilbert A., <u>Marketing Research: Methodological Foundations</u>, Fifth edition (Chicago: The Dryden Press, 1993)

Gelb, Gabriel M., "Maintaining a Spirit of Innovation in Houston", <u>Houston Business Journal</u>, April 30, 1990.

Gelb, Gabriel M., "Strategic Market Planning for Accountants," <u>New Accountant</u>, March 1989.

Gelb, Gabriel M., and Friedheim, Stephen B., "Using Market Research to Analyze Member's Needs," <u>Association Management</u>, April 1986.

Gelb, Gabriel M., "Key Pointers for Employee Surveys," <u>Houston Business Journal</u>, November 11, 1985.

Gelb, Gabriel M., "Research is Key to Curbing Public Anti-business Mood," <u>Advertising Age</u>, July 12, 1976.

## Refereed Journal Articles

Gelb, Betsy D., Stephanie A. Geiger-Oneto and Gabriel M. Gelb, "Turning Useful Management Principles Into Profitable Strategic Decisions," <u>Journal of Business Strategy</u> (September-October, 2008).

Gelb, Betsy D., and Gabriel M. Gelb, "What Research Inside the Organization Can Accomplish," <u>Marketing Research: Management and Applications</u>, December 1991.

Gelb, Gabriel M. and Laurie M. Gelb, "Matching Motive to Method: The Best Research Tool for the Job," <u>Journal of Health Care Marketing</u>, March 1989.

Gelb, Betsy D., Samuel V. Smith and Gabriel M. Gelb, "What Marketers of Services Can Learn from the Professionals," <u>Business Horizons</u>, September-October 1988.

Gelb, Gabriel M., and Betsy D. Gelb, "Physicians and Hospital Decisions Making: A Two-Stage Technique for Improvement," <u>Hospital and Health Services Administration</u>, May 1987.

Gelb, Betsy D., and Gabriel M. Gelb, "New Coke's Fizzle: Lessons to the Rest of Us," <u>Sloan Management Review</u>, Fall 1986.

Gelb, Gabriel M., "Arm Your Consulting Practice with Market Research," <u>Journal of Management Consulting</u>, 1986, vol.3 no.1.

Gelb, Gabriel M., "The Uses and Misuses of Feedback," <u>Journal of Organizational Communication</u>, 3rd Quarter 1976.

Gelb, Betsy D., and Gabriel M. Gelb, "Strategies to Overcome Phony Feedback" <u>MSU Business Topics</u>, Autumn 1974.

Gelb, Gabriel M., "The Coming Market for Vacation Homes," <u>California Management Review</u>, Spring 1970.

Gelb, Gabriel M., "Market Analysis in Planning More Productive Advertising." <u>University of Houston Business Review</u>, Spring 1967

## Research Activities: Publications in Proceedings

Gelb, Gabriel M., "Market Research is Thriving in Cyberspace," August 2001, Business Marketing Association, Houston.

Gelb, Gabriel M., and James Gambrell, "Trademark and Trade Dress Surveys and the Expert Witness," in <u>1990 Proceedings</u>, 6th Annual HIPLA Intellectual Property Law Institute.

Gelb, Gabriel M., and Betsy D., "Applications of Research Findings in Industrial Advertising," in Peter LaPlace, ed., <u>1979 Proceedings</u>, American Marketing Association.

Gelb, Gabriel M., and Betsy D., "When Advertising Research Goes Beyond Advertising," in Betsy D. Gelb, <u>1978 Proceedings</u>, American Marketing Association.

Gelb, Gabriel M., and Betsy D., "Big Payoffs from Low-Budget Research," in William Locander, ed., <u>1976 Proceedings</u>, American Marketing Association.

**Expert Witness in Past 4 Years (underlined parties are clients)**

State Farm Mutual Insurance Company v. Sharon Woods Collision Center and Bernie Burckard. In the U.S. District Court, Southern District of Ohio, Western Division, Case no. 07-ev-457.

Dallas Cowboys Football Club Ltd. and NFL Properties LLC v. America's Team Properties Inc. In U. S. District Court for the Northern District of Texas, Dallas Division, Civil Action 06-ev-01906.

Stuart Spector Designs Ltd., et al. v. Fender Musical Instruments Corporation. In the U.S. Patent and Trademark Office Before the Trademark Trial and Appeal Board. Opposition 91161403.

Mills Well Service LLC v. ProPetro Services Inc. In the U.S. District Court, Western Division of Texas, Midland/Odessa Division. Civil Action MO-07-CV-047.

Putney Inc. v. Pfizer Inc. In the U. S. District Court, District of Maine. Civil Docket 2:07-cv-00108-DBH.

American Honda Motor Co., Inc. v. The Pep Boys – Manny, Moe and Jack et al – U.S. District Court for the Central District of California, Western Division, Los Angeles. Case No. CV05-8879 SJO (VBKx)

Legacy Academy Inc. v. LLC Concepts, L.P. etal – U.S. District Court for the Northern District of Texas, Dallas Division. Civil Action no. 3:06-CV-0745-P

Ecce Panis Inc. v. Maple Leaf Foods Inc. et al. – U.S. District Court, District of Arizona. No. CV07-1099PHX-SRB

HomeLife Communities Group v. HomeLife Realty Services, Inc. et al. – U.S. District Court for the Northern District of Georgia, Atlanta Division. Civil Action No. 1:06 - CV1607

Powertrain Inc., Toolmart Inc., Wood Sales Co. Inc. v. American Honda Motor Co., Inc. – in the U.S. District Court for the Northern District of Mississippi, Eastern Division. Civil Action no. 1:30CV668MD

American Equity Mortgage Inc., v. Ray Vinson Jr. Cause number 4:05CV1529 RWS – In the U.S. District Court, Eastern District of Missouri, Eastern District

Directed Electronics, Inc., v. Cobra Electronics Corporation Opposition No.: 91162506 In The United States Patent and Trademark Office Trademark Trial and Appeal Board

Helen of Troy L.P. v. I & JC Corp. and Bayside Brush Co., d/b/a Camila Paris, Jorge E. Castillo and Ivan Lopez-Bosch, – Cause Number 2003-665 In The District Court Of El Paso County, Texas 34th Judicial District [Deposition and Trial Testimony]

Cordua Restaurants, L.P. v. Uptown Dining, Inc., d/b/a/ Americas Restaurant and Bar, Jorge Hector Hinojosa, and Alfredo N. Hinojosa – Civil Action No: 305CV0449-D In The United States District Court for The Northern District Of Texas, Dallas Division

EXHIBIT _A_ PAGE _13_

MediFlex, Inc., v Nice-Pak Products, Inc. and Professional Disposables, Inc., – Case No.: 06-2015 KHV In The United States District Court for The District of Kansas [Deposition and Trial Testimony]

Endo Pharmaceuticals Inc., v. TAP Pharmaceutical Products Inc., – Opposition No.: 91168481 In The United States Patent and Trademark Office Trademark Trial and Appeal Board

Celgene Corporation v. Centocor, Inc. – 03-CV-05978 In The United States District Court for The Eastern District of Pennsylvania [Deposition]

Van Well Nursery Inc. et al. v. Mony Life Insurance Company, et al. U.S. District Court, Eastern District of Washington. No. CV-04-0245-RHW.

Latin American Courier Inc. et al.. v. Airborne, Inc. et al. In the 285th Judicial District Court of Bexar County, Texas. Cause No. 204 CI 03951. [Deposition]

Universal Computer Consulting Ltd. et al. v. The Paul Gillrie Institute, Inc. et al. In the 113th Judicial District Court of Harris County, Texas. Cause No. 2004-50577.

Southwest Bank v. Southwest Securities Bank and SWS Group Inc. U. S. District Court, Northern District of Texas, Dallas Division. Civil Action No. 3:04-CV-1738-M.

Tiger Direct, Inc. v. Apple Computer Inc. – U.S. District Court, Southern District Court, Southern District of Florida. Case no. 05-21136 – Civ – Lenard Klein

The Estate of Mercer K. Ellington v. Gibson Piano Ventures, Inc., Baldwin Piano, Inc., Ellington Pianos et. Al – In the United States District Court for the Southern District of Indiana, Indianapolis Division. Case no. 1:03-cv-0804DFH-WTL

The Hasha Family Limited Partnership IV v. Varco, Inc. -- American Arbitration Association, Houston Office. Case 70Y 189 00371 03 [Deposition and Testimony]

Greater Houston Transportation Company, d/b/a Yellow Cab v. Yahya Hassan et al – In the District Court of Harris County, Texas, 281st Judicial District [Trial Testimony]

Realty World America, Inc., d/b/a Realty World Broker Network v. Real Estate World Florida Commercial, Inc. et al – In the Superior Court for the State of California for the County of Orange. Case 03CC05190

Darryl Peterson v. Rockstar Games Inc., et al – In the U.S. District Court for the District of Utah, Central Division. Civil Action 2:03CR00163TC.
Healthpoint Ltd. Et al v. Ethex Corp. et al – In the U.S. District court for the Western District of Texas, San Antonio Division. Civil Action SA01CA06460G

Justin Brands, Inc. v. Lucchese, Inc. – In the U.S. District Court for the Northern District of Texas, Ft. Worth Division. Civil Action 4:04-ev-54-y

W.H. Energy Services and Dyna-Drill Technologies Inc. v Baker Chemicals, Inc. – In the U.S. District Court for the Southern District of Texas, Houston Division. Civil Action H-03-4295

John Middleton, Inc. and JMTM, Inc. v, Swisher International Group, Inc. – In the U.S. District Court for the Eastern District of Pennsylvania. Civil Action 03-3908 [Deposition]

Amica Mutual Insurance Company v. Amicus Mutual Insurance Company – In the U.S. District Court of Texas, Austin Division. Civil Action CA04-CA 27955

The Scooter Store Inc. v. Rosie Ray d/b/a Scooter Warehouse. In the United States District Court for the Western District of Texas, San Antonio Division. Case SA03CA04280G

Marketing on Hold, Inc., v. Muzak, L.L.C. et al – In the 269th District Court, Harris County, Texas. Cause No. 2002-32527 [Deposition]

EXHIBIT _A_ PAGE _15_

EXHIBIT B

J34991
August 4, 2008
Project Manager: Suzanne Griggs
Survey Title:  California supermarket study

Topic Code:  60

---

| Section 600: Screener |
|---|

Q75 (QV7) SAMPLE SOURCE

1 HPOL

Q66 PRELOAD -- INCENTIVE TYPE (QV 8)

[NUMBERIC 5 DIGIT]

| | | | | |
|---|---|---|---|---|

## Q605

Thank you for agreeing to take part in our Supermarket Survey! This survey will help improve communications about certain types of food products. Of course, as a Harris Interactive panel member, your opinions and comments will be collected on an anonymous basis and will not be forwarded to the sponsor of this study.

To qualify, please answer a few questions:

(A.) First, are you…
1 Male
2 Female

**Q610**
In what year were you born? Please enter as a four-digit number, e.g., 1963.

|__|__|__|__|   [RANGE: 1890-2000]

## Q615
**[BEHIND THE SCENES AGE RECODE BASED ON RESPONSE AT Q610]**
1. Under 13      [IMMEDIATELY TERMINATE TO UNDER 13 PAGE]
2. 13-17         [ASK THROUGH Q635 THEN TERMINATE TO Q695]
3. 18-24
4. 25-34
5. 35-44
6. 45-54
7. 55-64
8. 65+

**Q620**
In what country or region do you currently reside?

[DROP DOWN MENU WITH CHOICES LISTED-SEE STANDARD RESPONSES]

**Q625**
In what [IF U.S. RESIDENT (Q620/244) INSERT state, IF CANADIAN RESIDENT (Q620/42) INSERT province] or territory do you currently reside?

[DROP DOWN MENU WITH CHOICES LISTED-SEE STANDARD RESPONSES]
[TERMINATE TO Q695 IF NON US RESPONDENT – Q620/NE 244]
[IF Q625/NE 105, TERMINATE TO 695 AFTER ASKING Q635]

**[ASK IF Q620/244]**
**Q630** What is your residential zip code? Please enter only the first five digits.

|__|__|__|__|__| [ALLOW ONLY A 5 DIGIT, NUMERIC CODE]


**Q635**   U.S. Region-Harris Interactive Definition (Does not appear on screen)

|   |   |
|---|---|
| 1 | East  [625=107,120,122,130,140,146,121,131,133,139,109,149,108] |
| 2 | Midwest [625=114,115,123,136,150,116,117,124,126,128,135,142] |
| 3 | South [625=101,110,111,118,125,134,141,143,147,104,119,137,144] |
| 4 | West  [625=103,106,113,127,129,132,145,151,105,138,148,102,112] |
| 5 | Non-U.S. State [625=153-160] |
| 9 | Unknown [ALL OTHERS] |


Q640 (2.) Which, if any, of the following products have you purchased in the past year or would consider purchasing in the next three months:
[RANDOMIZE]

1. Granola breakfast cereal
2. Vitamin or oxygenated water
3. Yogurt or dairy drink
4. Gluten-free bread
5. Soy or lactose-free milk
6. Low-sodium soup
7. None of the above

[IF Q640/NE 3 TERMINATE TO Q695]
[ASK IF Q640/3]
Q645 (3.) Here is a list of products sold in supermarkets. Please select which, if any, you purchased at least once in the past year:
[RANDOMIZE]

1. Brown Cow yogurt
2. Alta Dena yogurt

3. Activia yogurt
4. Barrett yogurt
5. Yoplait Yo-Plus
6. Yakult dairy drink
7. DanActive dairy drink
8. Stonyfield Farm yogurt
9. None of the above

[IF Q645/NE 3 OR 7 TERMINATE TO Q695]
[IF Q645/4 IS SELECTED AT ALL RESPONDENT IS TO TERMINATE TO Q695]

Q650 [BEHIND THE SCENES FOR QUOTA PURPOSES]
[PRIORITY: IF QUALIFIED FOR BOTH ASSIGN TO CODE 2]

1. Activia        consumer    (Q645/3)    [QMS=400]
2. DanActive consumer    (Q645/7)    [QMS=100]

Q651 [BEHIND THE SCENES GROUPING FOR COMPARISION]

1. Probiotic    (Q645/5,6)
2. Activia/DanActive (Q645/3,7)
3. All others    (Q645/1,2,8)

Q695 [INITIALLY QUALIFIED QUESTION]

1 Initially Qualified: HPOL(Q615/3-8 AND Q620/244 AND Q625/105 AND Q640/3 AND Q645/3,7) [QMS= 500]
2 Not Qualified: (Q615/1,2 OR Q620/NE 244 OR Q625/NE 105 OR Q640/NE 3 AND Q645/1,2,4,5,6,8,9)

**Q98**
Not 18+ (Q615/1,2)
Not from the U.S. (Q620/NE 244)
Not from California (Q625/NE 105)
Has not purchased yogurt of a dairy drink in the past year (Q640/NE 3)
Has not purchased correct brands in the past year (Q645/1,2,4,5,6,8,9)
Not initially qualified (Q695/2)
Must be quota open or quota not found for all quotas

**Q99**

**To be a qualified respondent…**

Must be 18+ (Q615/3-8)
Must be from the U.S. (Q620/244)
Must be from California (Q625/105)
Must have purchased yogurt or a dairy drink in the past year (Q640/3)
Must have purchased correct brands in the past year (Q645/3,7 and

EXHIBIT _B_ PAGE _18_

[Large mandatory text box for each of these selected products]

Q705. Anything else? *[INSERT RESPONSE GIVEN AT Q645]*

[Medium text box]

Q710 (6.) Have you made any additional purchases of [INSERT RESPONSE GIVEN AT Q645]?

1. Yes
2. No

[ASK IF Q710/1]
Q720 (7.) How many times, in all, have you purchased [INSERT RESPONSE GIVEN AT Q645)]?

1. 1 to 5
2. 6 to 10
3. Over 10

---

**Q59**
Not 18+ (Q615/1,2)
Not from the U.S. (Q620/NE 244)
Not from California (Q625/NE 105)
Has not purchased yogurt of a dairy drink in the past year (Q640/NE 3)
Has not purchased correct brands in the past year (Q645/1,2,4,5,6,8,9)
Not initially qualified (Q695/2)
Must be quota open or quota not found for all quotas

---

**Q60**

**To be a qualified respondent...**

Must be 18+ (Q615/3-8)
Must be from the U.S. (Q620/244)
Must be from California (Q625/105)
Must have purchased yogurt or a dairy drink in the past year (Q640/3)
Must have purchased correct brands in the past year (Q645/3,7 and Q645/ not 4)
Must be initially qualified (Q695/1)
Must be quota open or quota not found for all quotas

---

EXHIBIT C

# What led you to your first purchase of…?

| | Activia | | DanActive | | Probiotics | | Non-Probiotic | |
|---|---|---|---|---|---|---|---|---|
| | Column % | Count | Column % | Count | Column % | Count | Column % | Count |
| Coupon/on sale/free sample | 28% | 114 | 33% | 45 | 39% | 47 | 36% | 44 |
| Television/made me want to try it | 28% | 112 | 12% | 17 | 5% | 6 | 2% | 2 |
| Good for digestion | 18% | 72 | 4% | 6 | 5% | 6 | 1% | 1 |
| Word-of-mouth/family or friend purchased | 11% | 45 | 7% | 10 | 8% | 9 | 10% | 12 |
| Good taste/flavor | 8% | 34 | 13% | 18 | 13% | 15 | 23% | 28 |
| Curiosity/wanted to see what it was like | 7% | 30 | 15% | 21 | 14% | 17 | 7% | 9 |
| Good for your immune system | 5% | 22 | 7% | 9 | 3% | 3 | 2% | 3 |
| Stomach problems | 5% | 19 | 1% | 2 | 0% | 0 | 0% | 0 |
| Eat Healthier/it is healthy food | 4% | 18 | 7% | 9 | 4% | 5 | 6% | 7 |
| Like yogurt/decided to try it | 4% | 17 | 7% | 9 | 8% | 9 | 5% | 6 |
| Print ads/newspapers/magazines/web | 4% | 17 | 0% | 0 | 3% | 4 | 1% | 1 |
| Bacteria/live cultures | 4% | 16 | 4% | 5 | 2% | 2 | 0% | 0 |
| Product claims, wanted to see if it worked | 4% | 16 | 3% | 4 | 3% | 4 | 0% | 0 |
| Doctor recommendation/recommended for antibiotics | 3% | 13 | 2% | 3 | 1% | 1 | 1% | 1 |
| I like this brand | 2% | 9 | 4% | 5 | 14% | 17 | 17% | 21 |
| Other | 2% | 7 | 1% | 1 | 2% | 2 | 3% | 4 |
| Jamie Lee Curtis mentioned it | 1% | 6 | 0% | 0 | 0% | 0 | 0% | 0 |
| Purchased for children | 1% | 5 | 3% | 4 | 4% | 5 | 2% | 3 |
| Don't know | 1% | 3 | 3% | 4 | 2% | 2 | 1% | 1 |
| Ease of the drink/product/size | 1% | 3 | 2% | 3 | 0% | 0 | 0% | 0 |
| Packaging | 1% | 3 | 1% | 1 | 1% | 1 | 2% | 2 |
| Ingredients | 0% | 2 | 0% | 0 | 1% | 1 | 8% | 10 |
| Purchase it frequently | 0% | 2 | 1% | 1 | 0% | 0 | 2% | 3 |
| Saw it in the store | 0% | 2 | 4% | 5 | 3% | 4 | 7% | 9 |
| Alternative to other types of yogurt | 0% | 1 | 1% | 2 | 3% | 3 | 0% | 0 |
| Convenient | 0% | 0 | 2% | 3 | 3% | 3 | 2% | 2 |
| Total responses | 145% | 588 | 136% | 187 | 138% | 166 | 139% | 169 |
| Total respondents | | 406 | | 138 | | 120 | | 122 |

EXHIBIT *C* PAGE 21

## Repeat Purchasing Patterns

**Have you made any additional purchases of Activia?**

|       | Column % | Count |
|-------|----------|-------|
| Yes   | 65%      | 316   |
| No    | 35%      | 172   |
| Total | 100%     | 488   |

**Activia: How many times, in all, have you purchased Activia?**

|         | Column % | Count |
|---------|----------|-------|
| 1 to 5  | 49%      | 155   |
| 6 to 10 | 24%      | 75    |
| Over 10 | 27%      | 86    |
| Total   | 100%     | 316   |

**Have you made any additional purchases of DanActive?**

|       | Column % | Count |
|-------|----------|-------|
| Yes   | 47%      | 77    |
| No    | 53%      | 88    |
| Total | 100%     | 165   |

**How many times, in all, have you purchased Dan Active?**

|         | Column % | Count |
|---------|----------|-------|
| 1 to 5  | 55%      | 42    |
| 6 to 10 | 21%      | 16    |
| Over 10 | 25%      | 19    |
| Total   | 100%     | 77    |

**Have you made any additional purchases of [Probiotic]?**

|       | Column % | Count |
|-------|----------|-------|
| Yes   | 64%      | 92    |
| No    | 36%      | 52    |
| Total | 100%     | 144   |

EXHIBIT _C_ PAGE 22

How many times, in all, have you purchased [Probiotic]?

|  | Column % | Count |
|---|---|---|
| 1 to 5 | 46% | 42 |
| 6 to 10 | 27% | 25 |
| Over 10 | 27% | 25 |
| Total | 100% | 92 |

Have you made any additional purchases of [Non Probiotic]?

|  | Column % | Count |
|---|---|---|
| Yes | 66% | 96 |
| No | 34% | 50 |
| Total | 100% | 146 |

How many times, in all, have you purchased [Non Probiotic]?

|  | Column % | Count |
|---|---|---|
| 1 to 5 | 50% | 48 |
| 6 to 10 | 22% | 21 |
| Over 10 | 28% | 27 |
| Total | 100% | 96 |

EXHIBIT _C_ PAGE 23

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certified that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 25, 2008.

/s/  Angel A. Garganta
Arnold & Porter LLP
ANGEL A. GARGANTA (SBN 163957)
angel_garganta@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

## Mailing Information for a Case 2:08-cv-00415-SJO-AGR

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@magergoldstein.com

- **Timothy G Blood**
  timb@csgrr.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,kendra.thompson@aporter.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@magergoldstein.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com,leyla.cambel@aporter.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)