# EXHIBIT 23



**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO • SAN FRANCISCO
NEW YORK • BOCA RATON
WASHINGTON, DC • ATLANTA
LOS ANGELES • PHILADELPHIA

Timothy G. Blood

July 8, 2008

<u>VIA EMAIL & U.S. MAIL</u>

Gina M. Simas
BINGHAM McCUTCHEN LLP
1620 26th Street
Fourth Floor North Tower
Santa Monica, CA 90404

Re:    *Wiener v. The Dannon Company*

Dear Gina:

This is in response to your July 2, 2008 letter addressing our meet and confer discussions concerning discovery.

As we have discussed, plaintiffs' agreement to grant an extension to produce certain documents was conditioned on Dannon agreeing not to use any of those documents in opposition to class certification. Since Dannon will not agree to this condition, the parties have not reached agreement on this issue, and Dannon's documents are due immediately. While we understand that Dannon may not be in a position to produce these documents immediately, we reserve the right to move to strike any documents Dannon uses in opposition to class certification, but failed to timely produce. We also request that this other category of documents be produced forthwith.

With regard to the production of documents dated January 1, 2005 forward, the facts of the case simply do not support this arbitrary cut-off. In fact, Dannon's defense relies heavily on pre-2005 documents and events.

With regard to Dannon's desire to continue meet and confer discussions, while we are always willing to engage in fruitful discussions, time is running short. Under separate cover, you will receive a detailed meet and confer letter addressing Dannon's written responses. We are disappointed by the scope and breadth of the objections and, generally, lack of substance contained in those responses given the weeks the parties have spent meeting and conferring. In light of the time limitations, the parties need to promptly complete the meet and confer process and, if necessary, engage in motion practice.

655 West Broadway, Suite 1900 • San Diego, California 92101-8498 • 619.231.1058 • Fax 619.231.7423 • www.csgrr.com





COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

Gina M. Simas
July 8, 2008
Page 2

Finally, please note that we have received only a very small fraction of the documents Dannon had previously agreed to produce by June 30, 2008.

Sincerely,

TIMOTHY G. BLOOD

TGB:jpi

S:\CasesSD\Dannon\Corres\LTR Simas 070808.doc