# EXHIBIT 25

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
jstoia@csgrr.com
TIMOTHY G. BLOOD (149343)
tblood@csgrr.com
LESLIE E. HURST (178432)
leslieh@csgrr.com
THOMAS J. O'REARDON II (247952)
toreardon@csgrr.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MAGER & GOLDSTEIN LLP
JAYNE A. GOLDSTEIN
jgoldstein@magergoldstein.com
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954/515-0123
954/515-0124 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER, On Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV-08-00415-SJO(AGRx)<br><br>CLASS ACTION<br><br>PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES |

PROPOUNDING PARTY:    Plaintiff Patricia Wiener

RESPONDING PARTY:     Defendant The Dannon Company, Inc.

SET NUMBER:           One

Pursuant to Fed. R. Civ. P. 33, plaintiff Patricia Wiener hereby propounds the following written interrogatories to defendant The Dannon Company, Inc., each of which is to be answered fully and separately, in writing within 30 days of service of these interrogatories.

## I.  DEFINITIONS AND INSTRUCTIONS

The following definitions apply to each of the interrogatories:

1. "Dannon," "you" and "your" means the defendant responding to this set of interrogatories and any of its subsidiaries, divisions, subdivisions, affiliates, predecessors officers, directors, employees, representatives or agents including, but not limited to, attorneys and accountants.

2. "Advertisement(s)" shall mean any promotion, promotional campaign, contest or advertisement or any method by which to promote the Dannon Products conducted by you.

3. "Affiliate(s)" means any natural person, public or private corporation, general or limited partnership, joint venture, association, government or governmental entity (including any governmental agency or political subdivision of any government), group, form of business or legal organization or arrangement, or other legal entity, including the representatives of any such persons or persons with which you are close in connection, allied, associated, attached to as a member or branch, effectively control, or are effectively controlled and/or owned by, dependent and/or rely upon.

4. "Class members" shall mean all persons who have purchased the over-the-counter medication known as the Dannon Products.

5. "Dannon Products" means Dannon's Activia, Activia Light and DanActive (also known as Actimel) yogurt products.

6. "Employee(s)" means any person who at any time during the period covered by this request (whether the person is a current or former employee) acted or purported to act on behalf of another person or persons, including, but not limited to,

all past and present directors, officers, executives, agents, representatives, attorneys, accountants, independent contractors, advisors, and consultants of such other person or persons.

7. "Person(s)" means any natural person, public or private corporation, general or limited partnership, joint venture, association, government or governmental entity (including any governmental agency or political subdivision of any government), group, form of business or legal organization or arrangement, or other legal entity, including the representatives of any such person or persons.

8. "Revenues" means all monies received, including all compensation, premiums, recompense, reimbursement, restitution, remuneration, commissions and salary.

9. "And" and "or" are to be considered both conjunctively and disjunctively. The singular form of a noun or pronoun includes the plural form and vice versa.

10. "Any" is understood to include and encompass "all." The word "all" also includes "each" and vice versa.

## II. RELEVANT TIME PERIOD

Unless otherwise stated, these interrogatories seek information concerning the time period from January 1, 2004 to the present and shall include all documents and information that relate to, in whole or in part, such period or to events or circumstances during such period, even though dated, prepared, generated or received prior to, or subsequent to, that period.

## III. INTERROGATORIES

SPECIAL INTERROGATORY NO. 1:

For each response to Plaintiff's First Set of Requests for Admissions that is not an unqualified admission, state all facts upon which you base your response, the name, address and telephone numbers of all persons who have knowledge of those facts, and all documents that support your response.

SPECIAL INTERROGATORY NO. 2:

Identify the studies which you believe constitute the clinical and scientific support for the probiotic benefits you claim in your advertisements for Activia, Activia Light and DanActive.

SPECIAL INTERROGATORY NO. 3:

Provide on a quarterly basis the net sales attributable to the sale of the Dannon Products in the Unites States.

SPECIAL INTERROGATORY NO. 4:

Provide on a quarterly basis the cost of goods sold attributable to the sale of the Dannon Products in the Unites States.

SPECIAL INTERROGATORY NO. 5:

Provide on a quarterly basis the advertising and promotional expenses attributable to the sale of the Dannon Products in the Unites States for 2000 to the present.

SPECIAL INTERROGATORY NO. 6:

Provide on a quarterly basis the research and development expenses attributable to the sale of the Dannon Products in the Unites States for 2000 to the present.

SPECIAL INTERROGATORY NO. 7:

Provide on a quarterly basis the operating income attributable to the sale of the Dannon Products in the Unites States.

SPECIAL INTERROGATORY NO. 8:

State the amount of money you spent on the advertising and promotion of the Dannon Products in the United States for each year or fraction thereof.

SPECIAL INTERROGATORY NO. 9:

Identify all person(s) involved at any time in the creation of advertising for the Dannon Products by stating each person(s) name, title, employer, business address and

1  department or division and whether the person is currently employed by you and, if
2  not, the person's last known home address, business address and telephone number.

3  DATED: May 23, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

_____
THOMAS J. O'REARDON II

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JONATHAN M. STEIN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

MAGER & GOLDSTEIN LLP
JAYNE A. GOLDSTEIN
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954/515-0123
954/515-0124 (fax)

MAGER & GOLDSTEIN LLP
LEE ALBERT
1818 Market Street, Suite 3710
Philadelphia, PA 19103
Telephone: 215/640-3280
215/640-3281 (fax)

GILMAN AND PASTOR, LLP
DAVID PASTOR
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: 617-742-9700
617/742-9701 (fax)

Attorneys for Plaintiff

S:\CasesSD\Dannon\ROG 00051344.doc

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on May 23, 2008, declarant served the **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES** via Federal Express Next Day Delivery on the following parties:

Angel Garganta
Trent Norris
Arnold & Porter LLP
90 New Montgomery Street
Suite 600
San Francisco, CA 94105
Tel: 415/356-3000

Bruce A. Friedman
Gina M. Simas
Mark Pifko
Bingham McCutchen LLP
1620 26th Street, 4th Floor
Santa Monica, CA 90404-4060
Tel: 310/907-1000

3. That on May 23, 2008, declarant served the **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May, 2008, at San Diego, California.

JUNE P. ITO

DANNON

Service List - 5/23/2008   (08-0011)

Page 1 of 1

**Counsel For Defendant(s)**

Angel Garganta
Trent Norris
Arnold & Porter LLP **
90 New Montgomery Street, Suite 600
San Francisco, CA 94105
   415/356-3000
   415/356-3099(Fax)

Bruce A. Friedman
Gina M. Simas
Mark Pifko
Bingham McCutchen LLP **
1620 26th Street, 4th Floor
Santa Monica, CA 90404-4060
   310/907-1000
   310/907-2000(Fax)

**Counsel For Plaintiff(s)**

John J. Stoia, Jr.
Timothy G. Blood
Leslie E. Hurst
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423(Fax)

Jonathan M. Stein
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
   561/750-3000
   561/750-3364(Fax)

David Pastor
Gilman And Pastor, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
   617/742-9700
   617/742-9701(Fax)

Lee Albert
Mager & Goldstein LLP
One Liberty Place
1650 Market Street, 21st Floor
Philadelphia, PA 19103
   215/640-3280
   215/640-3281(Fax)

Jayne Arnold Goldstein
Mager & Goldstein LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
   954/515-0123
   954/515-0124(Fax)

**Denotes service via Federal Express Next Day Delivery