Bingham McCutchen LLP
BRUCE A. FRIEDMAN (SBN 65852)
bruce.friedman@bingham.com
GINA M. SIMAS (SBN 205367)
gina.simas@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:  310.907.1000
Facsimile:  310.907.2000

Arnold & Porter LLP
ANGEL A. GARGANTA (SBN 163957)
angel.garganta@aporter.com
TRENTON H. NORRIS (SBN 164781)
trent.norris@aporter.com
90 New Montgomery, Suite 600
San Francisco, CA 94105
Telephone: (415) 356-3000
Facsimile:  (415) 356-3099

Arnold & Porter LLP
MARK P. PIFKO (SBN 228412)
mark.pifko@aporter.com
CHRISTOPHER S. TARBELL (SBN 240253) christopher.tarbell@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendant
The Dannon Company, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| PATRICIA WIENER, On Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV-08-00415-SJO (AGRx)<br><br>**CLASS ACTION**<br><br>STIPULATION FOR PARTIAL CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL<br><br>Judge: Hon. Alicia G. Rosenberg<br>Hearing Date: Sep. 16, 2008<br>Hearing Time: 10:00 am<br>Discovery Cut-Off:    Dec. 17, 2008<br>Pre-Trial Conference: Mar. 9, 2009<br>Trial:                           Mar. 17, 2009 |

STIPULATION FOR PARTIAL CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL

1  Plaintiff and Defendant, through their respective counsel of record, hereby
2  stipulate and agree as follows:
3  WHEREAS Plaintiff's Motion to Compel is currently set for hearing at 10:00
4  a.m. on September 16, 2008;
5  WHEREAS one of the issues in Plaintiff's motion to compel is whether the
6  documents of Groupe Danone, parent company of Defendant The Dannon Company,
7  Inc. ("Dannon"), should be produced by Dannon;
8  WHEREAS the parties are engaged in settlement discussions and have
9  scheduled a second mediation session for September 29, 2008, and believe that
10 continuing the Court's hearing regarding the production of Groupe Danone's
11 documents by Dannon would facilitate their settlement discussions, and may render
12 the issue moot;
13 WHEREAS the parties are working under a tight discovery schedule, there
14 remain an unexpectedly large volume of other documents under review for potential
15 production by Dannon, and the parties seek the Court's assistance in developing a
16 schedule for the timely and orderly conduct of discovery;
17 The Parties by and through their counsel, hereby stipulate to continue the
18 hearing on Plaintiff's motion to compel solely with respect to whether Groupe
19 Danone's documents should be produced by Dannon to October 7, 2008 at 10:00
20 a.m.;
21 The Parties further stipulate and respectfully request that the Court address the
22 remaining issues in the motion to compel and assist the parties with discovery
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

- 2 -

scheduling at the hearing currently scheduled hearing set for September 16, 2008 at 10:00 a.m. on the Court's calendar.

DATED: September 15, 2008         ARNOLD & PORTER LLP

                                              By:   /s/ Mark P. Pifko
                                                        Mark P. Pifko
                                                  Attorneys for Defendant
                                                 THE DANNON COMPANY, INC.

DATED: September 15, 2008         COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

                                              By:   /s/ Timothy G. Blood
                                                   Timothy G. Blood
                                                 Leslie E. Hurst
                                                Thomas J. O'Reardon II
                                                 Attorneys for Plaintiff

STIPULATION FOR PARTIAL CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL

**ECF CERTIFICATION**

    The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.


Dated:  September 15, 2008        By: /s/ Mark P. Pifko
                                            MARK P. PIFKO

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 15, 2008

/s/ Mark P. Pifko
MARK P. PIFKO
Arnold & Porter
777 South Flower Street, 44th Floor
Los Angeles, CA  90017
Telephone (213) 243-4000
Facsimile  (213) 243-4199