COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
jstoia@csgrr.com
TIMOTHY G. BLOOD (149343)
tblood@csgrr.com
LESLIE E. HURST (178432)
leslieh@csgrr.com
THOMAS J. O'REARDON II (247952)
toreardon@csgrr.com
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SHEPHERD FINKELMAN MILLER
  & SHAH, LLP
JAYNE A. GOLDSTEIN
jgoldstein@sfmslaw.com
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  954/515-0123
954/515-0124 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>Defendant. | No. CV-08-00415-SJO(AGRx)<br><br>CLASS ACTION<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that plaintiff Patricia Wiener ("plaintiff"), by and through her attorneys, respectfully advises the Court of a relevant decision recently issued in *Parkinson v. Hyundai Motor America*, No. SA CV 06-345 AHS (MLGx), 2008 WL 5233200 (C.D. Cal. Dec. 12, 2008).

In an order dated December 12, 2008, Chief Judge Alicemarie H. Stotler granted, in relevant part, plaintiffs' motion for nationwide class certification of Consumers Legal Remedies Act ("CLRA") and Unfair Competition Law ("UCL") claims relating to defendant's failure to disclose its alleged defective vehicle wheel systems. In granting class certification, the court rejected similar arguments asserted here by defendant, The Dannon Company, Inc., ruling that:

1. The defined class was sufficiently ascertainable given the class definition which identifies a particular make, model, and production period for the class vehicle, and permits the potential class members to objectively determine whether they are a member of the class with a potential right to recover. *Id.* at *12-*13.

2. For the CLRA claims, reliance and causation did not predominate over common questions. If materiality was shown, reliance and causation may be presumed as to the entire class. Materiality is determined from the prospective of the "reasonable consumer." *Id.* at *15.

3. For the UCL claims, injury in fact and actual reliance did not predominate over common questions. A violation of the UCL may be proven without allegations of actual deception, reasonable reliance, and damage. Plaintiff must only show that members of the public are likely to be deceived. Given the uncertainty over whether members must prove causation or reliance under the UCL and in light of the common questions, plaintiffs established predominance. *Id.* at *16.

| | |
|---|---|
| 1 | Attached as Exhibit A to this notice is a true and correct copy of the *Parkinson* December 12, 2008 Order. |
| 2 | |
| 3 | DATED:  January 15, 2009 |

|  |  |
|---|---|
| | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>JOHN J. STOIA, JR.<br>TIMOTHY G. BLOOD<br>LESLIE E. HURST<br>THOMAS J. O'REARDON II |
| |    s/ Thomas J. O'Reardon II<br>     THOMAS J. O'REARDON II |
| | 655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
| | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>JONATHAN M. STEIN<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax) |
| | SHEPHERD FINKELMAN MILLER<br>  & SHAH, LLP<br>JAYNE A. GOLDSTEIN<br>1640 Town Center Circle, Suite 216<br>Weston, FL  33326<br>Telephone:  954/515-0123<br>954/515-0124 (fax) |
| | GILMAN AND PASTOR, LLP<br>DAVID PASTOR<br>63 Atlantic Avenue, 3rd Floor<br>Boston, MA 02110<br>Telephone: 617-742-9700<br>617/742-9701 (fax) |
| | CUNEO GILBERT & LaDUCA, L.L.P.<br>JONATHAN W. CUNEO<br>PAMELA GILBERT<br>507 C Street, N.E.<br>Washington, DC  20002<br>Telephone:  202/789-3960<br>202/789-1813 (fax) |

1
2
3
4

FRANK PISCITELLI CO., LPA
FRANK PISCITELLI
55 Public Square, Suite 1950
Cleveland, OH  44113
Telephone:  216/931-7000
216/931-9925 (fax)

5
6
7
8
9

THE CLIMACO LAW FIRM
JOHN R. CLIMACO
SCOTT D. SIMPKINS
DAVID M. CUPPAGE
JENNIFER L. GARDNER
55 Public Square, Suite 1950
Cleveland, OH  44113
Telephone:  216/621-8484
216/771-1632 (fax)

10

Attorneys for Plaintiff

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

S:\CasesSD\Dannon_CA\BRF 00056732.doc

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 15, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

1.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 15, 2009.

   s/ Thomas J. O'Reardon II
THOMAS J. O'REARDON II

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  toreardon@csgrr.com

## Mailing Information for a Case 2:08-cv-00415-SJO-AGR

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Timothy G Blood**
  timb@csgrr.com

- **John R Climaco**
  jrclim@climacolaw.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,karen.kosola@aporter.com,cathryn.tully@aporter.com,maryanne.donaldson@aporter.com,adam.w.levy@aporter.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@sfmslaw.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,beth.parker@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com,christinas@csgrr.com

- **Beth H Parker**
  beth.parker@aporter.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com,leyla.cambel@aporter.com

- **Frank E Piscitelli , Jr**
  Frank@Piscitellilaw.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`