1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN J. STOIA, JR. (141757)
   jstoia@csgrr.com
3  TIMOTHY G. BLOOD (149343)
   tblood@csgrr.com
4  LESLIE E. HURST (178432)
   leslieh@csgrr.com
5  THOMAS J. O'REARDON II (247952)
   toreardon@csgrr.com
6  655 West Broadway, Suite 1900
   San Diego, CA  92101
7  Telephone:  619/231-1058
   619/231-7423 (fax)
8
   SHEPHERD FINKELMAN MILLER
9    & SHAH, LLP
   JAYNE A. GOLDSTEIN
10 jgoldstein@sfmslaw.com
   1640 Town Center Circle, Suite 216
11 Weston, FL  33326
   Telephone:  954/515-0123
12 954/515-0124 (fax)

13 Attorneys for Plaintiffs

14 [Additional counsel appear on signature page.]

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17                       WESTERN DIVISION

18 PATRICIA WIENER and STEVEN R.   ) No. CV-08-00415-SJO(AGRx)
   BERUBE, On Behalf of Themselves, )
19 All Others Similarly Situated and the ) CLASS ACTION
   General Public,                  )
20                                  ) STIPULATION OF VOLUNTARY
                      Plaintiffs,   ) DISMISSAL WITHOUT PREJUDICE
21                                  ) (FED. R. CIV. P. 41(a)(1)(A)(ii))
        vs.                         )
22                                  )
   THE DANNON COMPANY, INC.,        )
23                                  )
                      Defendant.    )
24 _____ )

25

26

27

28

IT IS HEREBY STIPULATED by and between the parties to this action, by their undersigned counsel, that the above-captioned action be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: February 3, 2009

ARNOLD & PORTER LLP
ANGEL A. GARGANTA
TRENTON H. NORRIS
BETH H. PARKER

_____
ANGEL A. GARGANTA

ARNOLD & PORTER LLP
ANGEL A. GARGANTA (163957)
TRENTON H. NORRIS (164781)
BETH H. PARKER (104773)
275 Battery Street, Suite 2700
San Francisco, CA 941111-3823
Telephone: 415/56-3000
415/356-3099 (fax)
angel.garganta@aporter.com
trent.norris@aporter.com
beth.parker@aporter.com

Bingham McCutchen LLP
BRUCE A. FRIEDMAN (65852)
GINA M. SIMAS (205367)
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310/07-1000
310/907-2000 (fax)
bruce.friedman@bingham.com
gina.simas@bingham.com

Arnold & Porter LLP
MARK P. PIFKO (228412)
mark.pifko@aporter.com
CHRISTOPHER TARBELL (240253)
christopher.tarbell@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: 213/243-4000
213/243-4199 (fax)

Attorneys for Defendant
The Dannon Company, Inc.

Dated: February 3, 2009

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
TIMOTHY G. BLOOD
LESLIE E. HURST
THOMAS J. O'REARDON II

_____
TIMOTHY G. BLOOD

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JONATHAN M. STEIN
120 East Palmetto Park Rd., Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

SHEPHERD FINKELMAN MILLER
    & SHAH, LLP
JAYNE A. GOLDSTEIN
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954/515-0123
954/515-0124 (fax)

GILMAN AND PASTOR, LLP
DAVID PASTOR
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: 617/42-9700
617/742-9701 (fax)

CUNEO GILBERT & LaDUCA, L.L.P
JONATHAN W. CUNEO
PAMELA GILBERT
507 C Street, N.E.
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

FRANK PISCITELLI CO., LPA  
FRANK PISCITELLI  
55 Public Square, Suite 1950  
Cleveland, OH 44113  
Telephone: 216/931-7000  
216/931-9925 (fax)  

THE CLIMACO LAW FIRM  
JOHN R. CLIMACO  
SCOTT D. SIMPKINS  
DAVID M. CUPPAGE  
JENNIFER L. GARDNER  
55 Public Square, Suite 1950  
Cleveland, OH 44113  
Telephone: 216/621-8484  
216/771-1632 (fax)  

Attorneys for Plaintiffs

S:\CasesSD\Dannon_CA\STP 00057277.doc

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2009.

    s/ Timothy G. Blood
    TIMOTHY G. BLOOD

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: timb@csgrr.com

- 4 -

## Mailing Information for a Case 2:08-cv-00415-SJO-AGR

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Albert**
  lalbert@murrayfrank.com

- **Timothy G Blood**
  timb@csgrr.com

- **John R Climaco**
  jrclim@climacolaw.com

- **Jonathan W Cuneo**
  jonc@cuneolaw.com

- **Bruce A Friedman**
  bruce.friedman@bingham.com,donna.mcgee@bingham.com

- **Angel A Garganta**
  angel.garganta@aporter.com,karen.kosola@aporter.com,maryanne.donaldson@aporter.com,adam.w.levy@aporter.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Jayne A Goldstein**
  jgoldstein@sfmslaw.com

- **Leslie Hurst**
  leslieh@csgrr.com

- **Trenton H Norris**
  trent.norris@aporter.com,beth.parker@aporter.com,delicia.soza@aporter.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com,christinas@csgrr.com

- **Beth H Parker**
  beth.parker@aporter.com

- **David Pastor**
  dpastor@gilmanpastor.com

- **Mark P Pifko**
  mark.pifko@aporter.com,leyla.cambel@aporter.com

- **Frank E Piscitelli , Jr**
  Frank@Piscitellilaw.com

- **Gina M Simas**
  gina.simas@bingham.com

- **Jonathan M Stein**
  jstein@csgrr.com,e_file_fl@csgrr.com

- 4 -

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)