COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
jstoia@csgrr.com
TIMOTHY G. BLOOD (149343)
tblood@csgrr.com
LESLIE E. HURST (178432)
leslieh@csgrr.com
THOMAS J. O'REARDON II (247952)
toreardon@csgrr.com
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

SHEPHERD FINKELMAN MILLER
  & SHAH, LLP
JAYNE A. GOLDSTEIN
jgoldstein@sfmslaw.com
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954/515-0123
954/515-0124 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICIA WIENER and STEVEN R. BERUBE, On Behalf of Themselves, All Others Similarly Situated and the General Public,<br><br>                      Plaintiffs,<br><br>vs.<br><br>THE DANNON COMPANY, INC.,<br><br>                      Defendant. | No. CV-08-00415-SJO(AGRx)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL CONFIDENTIAL JOINT STIPULATION STAYING PROCEEDINGS PURSUANT TO LOCAL RULE 79-5.1 AND THE PROTECTIVE ORDER ENTERED JULY 14, 2008 |

FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

1  This cause has come before the Court upon the parties' Application to File
2  Under Seal the Confidential Joint Stipulation Staying Proceedings ("Joint
3  Stipulation") and the Proposed Order attached thereto pursuant to Local Rule 79-5.1
4  and the Protective Order entered July 14, 2008. The Court, having reviewed the
5  submission:

6  ORDERS, ADJUDGES and DECREES that the parties' Application to File
7  Under Seal the Joint Stipulation and Proposed Order Pursuant to Local Rule 79-5.1
8  and the Protective Order Entered July 14, 2008 is GRANTED.

9  IT IS SO ORDERED.

11  DATED: October 26, 2009

THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

28  S:\CasesSD\Dannon_CA\ORD 00057058.doc